UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC WILSON,

      Plaintiff,

                                       Case No. 1:24-cv-1094

v.

                                       Hon. Hala Y. Jarbou

JOHN KELLEY et al.,

      Defendants.

_____/

## <u>ORDER</u>

On February 25, 2026, Magistrate Judge Philip J. Green issued a report and recommendation that the Court grants Defendants' motion for summary judgment.  (R&R, ECF No. 68.)  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on March 11, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 68) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 48) is **GRANTED**.  Plaintiff's claim against Todd Mahalic remains pending.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated: April 3, 2026

                                       /s/ Hala Y. Jarbou
                                       HALA Y. JARBOU
                                       CHIEF UNITED STATES DISTRICT JUDGE